# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOSE ALBERTO CANDELAS,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 77688

FILED

JAN 1 5 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a presentence motion to withdraw a guilty plea. Eighth Judicial District Court, Clark County; Valerie Adair, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, an order denying a presentence motion to withdraw a guilty plea is not a final appealable order; the decision may be challenged on appeal from the judgment of conviction. NRS 177.015(3); NRS 177.045; *Hargrove v. State*, 100 Nev. 498, 686 P.2d 222 (1984). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____ , J.
Pickering

_____ , J.
Parraguirre

_____ , J.
Cadish

19-02364

cc: Hon. Valerie Adair, District Judge
Jose Alberto Candelas
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
D. Matthew Lay